IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANICE LARIVIERE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   12-cv-1126-JPG-SCW |
| | ) | |
| BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY, governing Southern Illinois University Edwardsville and KENNETH NEHER, *individually*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 49). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: January 13, 2014

                                                  *s/ J. Phil Gilbert*
                                                UNITED STATES DISTRICT JUDGE